**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3**
**Eastern Division**

Manual Galvan
                              Plaintiff,

v.                                                        Case No.: 1:04–cv–04003
                                                          Honorable Milton I. Shadur

Thomas Norberg, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 2, 2009:

  MINUTE entry before the Honorable Milton I. Shadur: For the reasons stated orally Plaintiff's Motion for judgment [148]is denied. Plaintiff's Motion for new trial [148] is granted. Motion hearing held on 9/2/2009. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.